JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAHSIMA GHASEMI, | No. CV 22-6647-PA-SK |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| MERRICK B. GARLAND, ET AL., | |
| Defendants. | Honorable Percy Anderson<br>United States District Judge |

Having read and considered the Joint Stipulation to Dismiss the Case submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. The instant action shall be dismissed without prejudice;

2. USCIS agrees to interview Plaintiff on June 8, 2023 at 7:15 a.m.;

3. Defendants agree to diligently work towards adjudication of Plaintiffs' I-589 Application for Asylum and Withholding of Removal within 120 days of the completion of Plaintiff's interview, absent unforeseen or exceptional circumstances that would require additional time to complete adjudication;

4. In the event that adjudication is not completed within 120 days of the completion of the interview, Plaintiff may refile this action;

5. Plaintiff agrees to submit all supplemental documents and evidence, if any, to USCIS seven (7) to ten (10) days prior to the agreed upon scheduled interview. Plaintiff recognizes that failure to submit these documents seven (7) to ten (10) days prior to the interview may result in the interview being rescheduled at no fault of USCIS; and

6. Each party shall bear his, her or its own litigation costs and attorney fees.

Dated: November 25, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1